

404-09/MEU/EJM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NORTH OF ENGLAND P&I ASSOCIATION LTD.

                    Plaintiff,

  -against-

MASTER SHIPPING LTD, and ASPOL-BALTIC
CORPORATION,

                    Defendants,

NEW DIRECTION MARKETING LTD., BALTIYSKY
SINDIKAT LTD., SEA BREEZE LTD., NIMOS
NAVIGATION COMPANY LTD., VLADISLAV
OVSIANNIKOV, and CARGO LEVANT,

                 Paying Agents.
-----------------------------------------------------------x

09 cv 5387 (LTS)

ORDER DIRECTING
RELEASE OF RESTRAINED
FUNDS AND
DISCONTINUANCE OF
ACTION SUBJECT TO
BEING RESTORED
*NUNC PRO TUNC*

It having been reported to the Court by letter from Plaintiff's counsel dated October 14, 2009 that the parties have resolved their disputes;

**IT IS HEREBY ORDERED** that any Garnishees holding funds belonging to Defendants are directed to release same pursuant to wire transfer instructions to be provided by Plaintiff's counsel; and

**IT IS HEREBY ORDERED** that this action be discontinued with prejudice and without costs as to either party and is subject to being restored on a *nunc pro tunc* basis, upon letter request made within 30 days of the date hereof, should the terms required under the Settlement Agreement are not complied with.

Dated: New York, New York
       October 14, 2009

                                         "SO ORDERED"

                                         _____
                                         Hon. Laura Taylor Swain, U.S.D.J.

NYDOCS1/338857.1